# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE MADRINAN,

    Plaintiff,

v.

CITY OF PLEASANT HILL,
a government entity,

    DEFENDANT.

CASE NO. 3:10-cv-00512-EDL

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME OF CASE SCHEDULE DEADLINES**

THIS CAUSE, having come before the Court upon Plaintiff's Request for Extension of Time of Case Schedule Deadlines, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED AND ADJUDGED** that ~~said Request is~~ the deadlines set forth in the Court's February 4, 2010 Scheduling Order are hereby extended for 90 days. Plaintiff shall file any motion to amend within 30 days from the date of this Order. ~~GRANTED.~~

**DONE AND ORDERED** in Chambers this ___13th___ day ___May___ of, 2010.

_____
United States ~~District~~ Judge
Magistrate

*cc: All counsel of record*

4