IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE MADRINAN,

    Plaintiff,

  v.

CITY OF PLEASANT HILL,

    Defendant.
                          /

No. C 10-00512 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference is **CONTINUED** to **SEPTEMBER 30, 2010, AT 11:00 A.M.** Please file a joint statement at least seven days prior. All initial disclosures deadlines are **EXTENDED** accordingly.

    There will be no further continuances.

    **IT IS SO ORDERED.**

Dated: August 23, 2010.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE