United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE MADRINAN,

    Plaintiff,

v.

CITY OF PLEASANT HILL,
a government entity,

    Defendant.
                                /

No. C 10-00512 WHA

**ORDER DENYING SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The Court **DENIES** the parties' request to continue the case management conference for thirty more days due to having "reached an agreement in principle." This case was filed over seven months ago and it is time to move it along.

      **IT IS SO ORDERED.**

Dated: September 27, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE